**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1) VONDEAN LOWE, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| V. | ) | CASE NO.: CIV-24-912-R |
| | ) | |
| 1) FARMERS INSURANCE COMPANY, INC., | ) | |
| A FOREIGN FOR-PROFIT CORPORATION, | ) | |
| | ) | |
| DEFENDANT. | ) | |

**<u>JOINT MOTION TO ENTER PROTECTIVE ORDER</u>**

**COME NOW** Farmers Insurance Company, Inc. and Vondean Lowe, the parties herein, and move the Court under Fed. R. Civ. P. 26(c) to enter a protective order, in the form provided to the Court via electronic transmission, to allow for the confidential treatment of materials or information to be requested or produced in discovery in this matter. In further support of this Motion, the Parties show the Court as follows:

1. Plaintiff has requested the production of documents from Defendant containing private, sensitive, or otherwise protected information. Specifically, the requested documents consist of proprietary documents concerning Defendant's internal policies, procedures, and claims-handling guidelines, information regarding internal training, and personnel records of non-party witnesses including financial information and individuals' job performance.

2. Defendant seeks to protect the disclosure of this private, sensitive, or otherwise protected information to non-parties.

3. The parties anticipate that discovery in this case will include the disclosure of private medical information of Plaintiff's non-party adult son, Brad Lowe, which the parties seek to protect from disclosure to other non-parties.

4. As a result, the parties seek the entry of a Protective Order to allow for the confidential treatment of such materials.

5. A proposed Protective Order will be submitted electronically to the Court for its review and approval.

6. The proposed Protective Order includes the applicable Federal Rules of Civil Procedure and Local Civil Rules and does not attempt to control the use of confidential documents at the trial of the case (*see, e.g.,* ¶ 5).

7. This case is a re-filing of Plaintiff's original 2022 lawsuit numbered Civ-22-667-JD, previously dismissed without prejudice. The parties mutually agree to and request this Court enter the same Protective Order which was entered by the Court presiding over the 2022 filing and pursuant to which Protective Order confidential documents and discovery materials were previously exchanged.

8. The Parties do not object to the entry of the proposed Protective Order.

WHEREFORE, Plaintiff Vondean Lowe and Defendant Farmers Insurance Company, Inc. respectfully ask this Court to enter a protective order for use in this case.

Respectfully submitted,

*s/Emillie L. Cain*

Kelsie M. Sullivan, OBA #20350
Jessica N. Battson, OBA #22843
Emillie L. Cain, OBA #35074
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma 74103
Telephone: 918/585.2394
Facsimile: 918/585.1449
Email: ksullivan@richardsconnor.com
jbattson@richardsconnor.com
ecain@richardsconnor.com

**ATTORNEYS FOR DEFENDANT FARMERS INSURANCE COMPANY, INC.**

*s/Dustin J. Vanderhoof*
*(signed by filing attorney with permission of attorney for Plaintiff)*

Donald E. Smolen, II OBA # 19944
Dustin J. Vanderhoof, OBA #21388
SMOLEN | LAW, PLLC
611 S. Detroit Ave.
Tulsa, OK 74120
P: (918) 777-4LAW (4529)
F: (918) 890-4529
don@smolen.law
dustin@smolen.law

**ATTORNEYS FOR PLAINTIFF VONDEAN LOWE**